GARY J. VALERIANO (Bar No. 89644)
gjv@amclaw.com
MARK J. KRONE (Bar No. 219806)
mk@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for GREAT AMERICAN INSURANCE COMPANY; BEI SENSORS & SYSTEMS COMPANY, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>RODOLFO ARTAP aka RUDY ARTAP; ANTONIO BOLECHE; IAN COLVIN; CARLOS CORONADO; JEREMY FERRER; STEVEN HAGEN; JERRY KAHUE; VINH NGUYEN dba KIM TIN JEWELRY; PLEASANT HILL COIN & JEWELRY; JAMES SALCEDA; DAVID SIHARATH; VICHAI SO; LUIS TOBAR MARQUEZ; EMMANUEL VALDEZ and DOES 1 to 20,<br><br>Defendants. | Case No. CV 11 1842<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiffs GREAT AMERICAN INSURANCE COMPANY and BEI SENSORS & SYSTEMS COMPANY, INC. certify that the following listed parties have a direct pecuniary interest in the

NOTICE OF INTERESTED PARTIES

861944.1 5684.017

outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. GREAT AMERICAN INSURANCE COMPANY
2. Rodolfo Artap aka Rudy Artap
3. Antonio Boleche
4. Ian Colvin
5. Carlos Coronado
6. Jeremy Ferrer
7. Steven Hagen
8. Jerry Kahue
9. Vinh Nguyen dba Kim Tin Jewelry
10. Pleasant Hill Coin & Jewelry
11. James Salceda
12. David Siharath
13. Vichai So
14. Luis Tobar Marquez
15. Emmanuel Valdez

DATED: April 15, 2011

ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Gary J. Valeriano
Mark J. Krone
Attorneys for GREAT AMERICAN INSURANCE COMPANY