UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

    v.

RODOLFO ARTAP aka RUDY ARTAP, et al.,

    Defendants.
_____/

No. C 11-1842 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for entry of default judgments against defendants Antonio Boleche, Ian Colvin, Jeremy Ferrer, Jerry Kahue, James Salceda, Vichai So, Luis Tobar Marquez, and Emmanuel Valdez.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: November 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J