IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO ARTAP, a.k.a. RUDY ARTAP, et al.,<br><br>Defendants. | Case No.: 11-cv-1842 PJH (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff's Motion for Default Judgment has been referred to the undersigned Judge for a Report and Recommendation. Defendants' response to the motion shall be filed by December 1, 2011 and Plaintiff's reply, if any, shall be filed by December 8, 2011. The hearing on Plaintiff's Motion for Default Judgment is scheduled for January 13, 2012 at 2:00 p.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff shall serve Defendants with a copy of this order.

**IT IS SO ORDERED.**

Dated: November 17, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE