UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

GREAT AMERICAN INSURANCE
COMPANY,
            Plaintiff,

      v.

RODOLFO ARTAP, et al.,
            Defendants.

_____/

No. C 11-1842 PJH

**ORDER RE: ATTENDANCE AT
MEDIATION**

Date:         January 20, 2012
Mediator:    Zeal Claiborne

UNITED STATES DISTRICT COURT
For the Northern District of California

    IT IS HEREBY ORDERED that the request to excuse Great American Insurance Company's representative, Rachelle Weimer, from appearing in person at the January 20, 2012, mediation before Zela Claiborne is GRANTED. Ms. Weimer shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 6, 2012          By:    *Elizabeth D. Laporte*

Dated                               Elizabeth D. Laporte
                                 United States Magistrate Judge